## ATTACHMENT B

1. All records on or stored within the Device described in Attachment A that relate to violations of 18 USC § 1341 - Mail fraud; 18 USC § 1343 - Wire fraud,; 18 USC § 1344 - Bank fraud; 18 USC § 1028A - Aggravated identity theft; and 20 USC § 1097(a) - Financial Aid Fraud, involving James Willie Waller, Jr., described herein alternatively as "James Waller," and any of his victims or accomplices, for the time period January 1, 2010 to the present, including:

   a. Records relating to current and past residences;

   b. All digital or electronic content, particularly emails, photographs and deleted photographs, internet browser history and search terms, documents, and applications or apps (and data) that allow communication (Facebook, Facebook Messenger, Instagram, Twitter, etc.) and allow the creation or storage of documents;

   c. Identification documents, books, records, notes, ledgers, or other electronic data; all records and other documents related to the possession of monetary devices; and any papers, records or electronic data reflecting names, addresses, telephone numbers, pager numbers of co-conspirators, and sources and suppliers of material used in commission of the above crimes;

   d. Any and all envelopes, letters, and or other correspondence, memoranda, mail, notes, ledgers, other documents and records of communications, whether handwritten, electronic or otherwise, bearing the identification of any school, university, post-secondary institution;

e. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

f. Lists of victims and related identifying information;

g. All documents and files related to the alteration of records and documents to aid in identity theft;

h. All bank records, checks, credit card bills, account information, and other financial records;

i. Financial aid applications, financial aid worksheets, financial aid records, tax records, wage and earning statements, W-2 documents, and any documentation containing names and/or personal identifying information relating to a fraudulent student financial aid scheme;

j. Applications for admission to post-secondary institutions and supporting documents, including, but not limited to, proof of eligibility (i.e. high school diploma, or GED transcripts), correspondence, e-mails, notes, and evidence of payment of fees;

k. Evidence of enrollment in a post-secondary institution, including, but not limited to acceptance letters, academic transcripts, student handbooks, course schedules, campus informational pamphlets, student identification cards, e-mails, notes, and correspondence from schools to the students;

l. Correspondence relating to the award of federal and non-federal student financial aid and servicing student loans, including, but not limited to, financial aid award

2

letters, promissory notes, loan deferment requests, e-mails, notes, and outstanding loan balance letters; and

    m. Records reflecting the expenditures and distribution of federal and non-federal student financial aid including, but not limited to debit cards, prepaid credit cards, checks, bank records, ledgers, and deposit slips.

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. Records evidencing the use of the Internet Protocol address 98.173.180.39, 164.106.50.229, and 69.174.58.204 to communicate with Yahoo! mail servers, Department of Education, American Public University, and University of Phoenix, including:

    a. records of Internet Protocol addresses used;

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

3