AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:16MJ6 | Date and time warrant executed: 5/10/16 @ approx. 7:50AM | Copy of warrant and inventory left with: On file with USPIS |
| Inventory made in the presence of: Bryan Sunday, Forensic Computer Analyst | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Refer to forensic report.

mm
mm
mm
mm

Received in Chambers
by electronic mail
May 16, 2016
2:25 PM
Hon. Robert S. Ballou
United States Magistrate

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 16 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/16/16

*Melissa J. McAlister*
Executing officer's signature

Melissa J McAlister, U.S. Postal Inspector
Printed name and title